1242

No. 96–1702. HARVEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6825. CAMPBELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7332. WEST v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7640. MORALES-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7641. JOHNSON v. GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7872. GRAHAM-WEBER v. COUNTY OF ESSEX ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7895. BASCUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7930. CHANDLER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 96–8240. JOHNSON v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–8244. DEVER ET AL. v. TURNER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8250. FELTROP v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8299. SACERIO v. SCHOOL BOARD OF DADE COUNTY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 96–8307. RIVERS v. FARCAS, STEWART, BROWNIE, HANDSON & BLISS. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 96–8318. PLEDGER v. ARKANSAS REGIONAL BLOOD SERVICE. Ct. App. Ark. Certiorari denied.